[Civil No. 1100.    Filed March 20, 1909.]

[100 Pac. 1134.]

C. ELMER SMITH and S. FAHS SMITH, Executors of the Estate of BEAUCHAMP H. SMITH, Deceased, Plaintiffs and Appellants, v. THE KING OF ARIZONA MINING AND MILLING COMPANY, THE KING OF ARIZONA COMPANY, EPES RANDOLPH, E. S. IVES, HIRAM W. BLAISDELL, JOHN H. MARTIN, and S. FAHS SMITH, Defendants and Appellees.

RES ADJUDICATA.—Judgment sustaining plea of *res adjudicata* will not be disturbed where no novel or unusual feature of law is presented, the judgment rendered being clearly correct.

APPEAL from a judgment of the District Court of the First Judicial District, in and for the County of Pima. John H. Campbell, Judge. Affirmed.

J. F. Conroy, for Appellants.

Eugene S. Ives, and S. L. Pattee, for Appellees.

NAVE, J.—The district court sustained a plea of *res adjudicata* presented by defendants as a defense to plaintiffs' complaint, and rendered judgment accordingly. From this judgment plaintiffs have appealed. Error is predicated upon the contention that the records presented in evidence in support of the plea fail to sustain it. It would not serve a useful purpose to review the involved details of the former litigation so presented. The law as applied has no novel or unusual features. The district court was clearly correct in its ruling. The judgment is affirmed.

KENT, C. J., and SLOAN and DOAN, JJ., concur.